UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PHILLIP INKEL

-vs-                                        Civil No. 3:03cv411(MRK)

TOWN OF COLCHESTER,
JAMES NARDELLA,
MARK GENDRON,
CHARLES THOMAS,
FREDEICK BRIGGER,
JENNY CONTOIS,
LAWRENCE SLYMAN,
NORMAN SENEY, III,
ERIC COOKE,
JOSEPH JONES,
WILLIAM BLOSS,
JON SCHOENHORN

## JUDGMENT

A notice of proposed dismissal [4-1] of the above-captioned action having been sent to counsel of record on October 10, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 8th day of January, 2004.

Kevin F. Rowe, Clerk

By _Kenneth R. Ghilardi_
Kenneth R. Ghilardi
Deputy Clerk

EOD:_____